1   **MICHAEL B. BIGELOW**
    **Attorney at Law**
2   State Bar No. 65211
    428 J Street, Suite 350
3   Sacramento, CA 95814
    Telephone: (916) 443-0217
4
    Attorney for Defendant
5   Monique Jaspar

6                **IN THE UNITED STATES DISTRICT COURT**

7           **IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

8

9   UNITED STATES OF AMERICA,      )  Case No. Cr.S-09-161 EJG
                                   )
10             Plaintiff,          )  STIPULATION AND ORDER
                                   )  CONTINUING STATUS
11        vs.                      )  Date: DECEMBER 16, 2009
                                   )  Time: 10:00 AM
12                                 )  Court: EJG
    MONIQUE JASPAR                 )
13                                 )
                                   )
14             Defendant           )
                                   )

15

16  The defendant, through her undersigned counsel, and the United

17  States, through its undersigned counsel, agree and stipulate

18  that the status conference hearing currently scheduled for

19  Friday, November 20, 2009, should be vacated and continued until

20  Wednesday, December 16, 2009, at 10:00 a.m.

21       Further continuance is necessary due to the fact

22  undersigned counsel for the defendant has a medical procedure to

23  be performed on November 18, 2009 that will cause him to be

24  unavailable on November 20, 2009. In addition, the discovery in

25  this matter is voluminous and the matter has previously been

                                -1-

1   declared complex. Nonetheless the parties continue to work

2   toward resolution, but additional time is required.

3        Therefore, the parties agree and stipulate that time should

4   be excluded under the Speedy Trial Act pursuant to Local Code T4

5   for investigation and trial preparation and due to the complexity

6   of the case [Local Code T2], up to and including December 16,

7   2009.

8   I, Michael B. Bigelow, the filing party, have received

9   authorization from all the parties to sign and submit this

10  stipulation and proposed order on their behalf and

11

12       Accordingly, the defendant and the United States agree and

13  stipulate that the status conference should be continued until

14  10:00 a.m. on Wednesday, December 16, 2009.

15       **IT IS SO STIPULATED:**

16

17  /S/ SAMANTHA SPANGLER, Esq.            November 18, 2009
    Samantha Spanger,
    Assistant United States Attorney
18  Counsel the United States

19

20  /S/ MICHAEL BRADY BIGELOW, Esq.        November 18, 2009
    Michael B. Bigelow
21  Counsel for Monique Jaspar

22

23

24

25

1

**ORDER (Proposed)**

2

    **IT IS HEREBY ORDERED** that the status conference in the

3

above entitled case, be advanced to **December 16, 2009 at 10:00**

4

**AM.**

5

    I find that the continuance is necessary to allow defense

6

counsel sufficient time to investigate and evaluate this case

7

and to prepare for trial and for continuity of counsel due to

8

defense counsel's temporary unavailability. I further find that

9

the needs of counsel to evaluate the evidence and advise their

10

clients exceed the needs of the public for a trial within 70

11

days, so that the interests of justice warrants a further

12

exclusion of time. Accordingly, time should be excluded under

13

the Speedy Trial Act due to needs of counsel to prepare [local

14

code T4] and due to the complexity of the case. [Local Code T2]

15

up to and including December 16, 2009.

16

    November 19, 2009

17

18

19

/s/ Edward J. Garcia

20

Hon. EDWARD J. GARCIA

Judge, U.S. District Court

21

22

23

24

25

-3-