BENJAMIN B. WAGNER
United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  2:09-cr-161 EJG |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING STATUS CONFERENCE |
| v. ) | |
| ) | |
| TOBBIYON SIMON, and ) | |
| MONIQUE JASPAR, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

Stipulation

The government and defendant Monique Jaspar are in the process of negotiating a plea agreement.  Therefore, the parties, through undersigned counsel, stipulate that the status conference scheduled for February 5, 2010, may be continued to March 12, 2010, at 10:00 a.m.

The parties further stipulate that time may be excluded from the speedy trial calculation under the Speedy Trial Act through the new status conference date of March 12, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, because the interests of justice served by granting this continuance outweigh the interests

1

1  of the defendant and the public in a speedy trial.
2      Defense counsel has authorized the prosecutor to sign this
3  stipulation on his behalf.

4  DATED:  February 4, 2010           BENJAMIN B. WAGNER
                                      United States Attorney
5
6                                by   /s/ Samantha S. Spangler
                                      Samantha S. Spangler
7                                     Assistant U.S. Attorney
8
9  DATED:  February 4, 2010      by   /s/ Samantha S. Spangler  for
                                      Michael B. Bigelow
10                                    Counsel for Defendant
                                      Monique Jaspar
11
12                              Order
13     Good cause appearing, the status conference scheduled for
14 February 5, 2010 is ordered continued to March 12, 2010, at 10:00
15 a.m.  The Court finds that the interests of justice served by
16 granting this continuance outweigh the interests of the defendant
17 and the public in a speedy trial.  Therefore, time is excluded from
18 the speedy trial calculation under the Speedy Trial Act through the
19 new status conference date of March 12, 2010, pursuant to 18 U.S.C.
20 § 3161(h)(7)(B)(iv) and Local Code T4.
21     IT IS SO ORDERED.
22 DATED:  February 4, 2010         /s/ Edward J. Garcia
                                    EDWARD J. GARCIA, JUDGE
23                                  UNITED STATES DISTRICT COURT