**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 443-0217
Email:mbigelow6401@sbcglobal.net

Attorney for Defendant
Monique Jaspar

### IN THE UNITED STATES DISTRICT COURT

### IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. Cr.S-09-161 EJG |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER |
| | ) CONTINUING STATUS |
| vs. | ) Date: June 18, 2010 |
| | ) Time: 10:00 AM |
| | ) Court: EJG |
| MONIQUE JASPAR | ) |
| | ) |
| Defendant | ) |
| | ) |

The defendant, through her undersigned counsel, and the United States, through its undersigned counsel, agree and stipulate that the status conference hearing currently scheduled for Friday, April 30, 2010, should be vacated and continued until Wednesday, June 18, 2010, at 10:00 a.m.

Further continuance is necessary due to the fact that the discovery in this matter is voluminous and the matter has previously been declared complex. Nonetheless the parties continue to work toward resolution, and are in active discussion

that will probably lead to resolution. However, additional time is required.

Therefore, the parties agree and stipulate that time should be excluded under the Speedy Trial Act pursuant to Local Code T4 for investigation and trial preparation and due to the complexity of the case [Local Code T2], up to and including June 18, 2010.

I, Michael B. Bigelow, the filing party, have received authorization from all the parties to sign and submit this stipulation and proposed order on their behalf and

Accordingly, the defendant and the United States agree and stipulate that the status conference should be continued until 10:00 a.m. on Friday June 18, 2010.

**IT IS SO STIPULATED:**

/S/ SAMANTHA SPANGLER, Esq.              April 28, 2010
Samantha Spanger,
Assistant United States Attorney
Counsel the United States


/S/ MICHAEL BRADY BIGELOW, Esq.          April 28, 2010
Michael B. Bigelow
Counsel for Monique Jaspar

**ORDER (Proposed)**

**IT IS HEREBY ORDERED** that the status conference in the above entitled case, be advanced to **June 18, at 10:00 AM.**

I find that the continuance is necessary to allow defense counsel sufficient time to investigate and evaluate this case and to prepare for trial and for continuity of counsel. I further find that the needs of counsel to evaluate the evidence and advise their clients exceed the needs of the public for a trial within 70 days, so that the interests of justice warrants a further exclusion of time. Accordingly, time should be excluded under the Speedy Trial Act due to needs of counsel to prepare [local code T4] and due to the complexity of the case. [Local Code T2] up to and including June 18, 2010


/s/ Edward J. Garcia          April 29,2010
Hon. EDWARD J. GARCIA
Judge, U.S. District Court