**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 443-0217
Email:mbigelow6401@sbcglobal.net

Attorney for Defendant
Monique Jaspar

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. Cr.S-09-161 EJG |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER SETTING |
| ) | MATTER FOR CHANGE OF PLEA |
| vs. ) | Date: November 19, 2010 |
| ) | Time: 10:00 AM |
| ) | Court: EJG |
| MONIQUE JASPAR ) | |
| ) | |
| Defendant ) | |

    The defendant, through her undersigned counsel, and the United States, through its undersigned counsel, agree and stipulate that the status conference hearing currently scheduled for Friday, October 22, 2010, should be vacated and continued until Friday, November 19 2010, at 10:00 a.m.

    Setting this matter for change of plea on November 19, 2010 is necessary because undersigned counsel is presently in trial in the matter of the United States v Killinger, Cr.S 07-248 WBS and will be in session on the date and time presently set for status conference. In addition, the government is considering

-1-

modifying the plea agreement but a final determination will not be made until Friday, October 22, 2010.

Therefore, the parties agree and stipulate that time should be excluded under the Speedy Trial Act pursuant to Local Code T4 for investigation and trial preparation, continuity of counsel up to and including November 19, 2010.

I, Michael B. Bigelow, the filing party, have received authorization from all the parties to sign and submit this stipulation and proposed order on their behalf and

Accordingly, the defendant and the United States agree and stipulate that the status conference should be continued until 10:00 a.m. on Friday, November 19, 2010.

**IT IS SO STIPULATED:**

/S/ SAMANTHA SPANGLER, Esq.            October 20, 2010
Samantha Spangler,
Assistant United States Attorney
Counsel the United States


/S/ MICHAEL BRADY BIGELOW, Esq.        October 20, 2010
Michael B. Bigelow
Counsel for Monique Jaspar


**ORDER**

**IT IS HEREBY ORDERED** that the status conference in the above entitled case, be advanced to **November 19, 2010 at 10:00 AM** for change of plea.

-2-

I find that the continuance is necessary to allow defense counsel sufficient time to prepare and for continuity of counsel. I further find that the needs of counsel to evaluate the evidence and advise their clients exceed the needs of the public for a trial within 70 days, so that the interests of justice warrants a further exclusion of time. Accordingly, time should be excluded under the Speedy Trial Act due needs of counsel to prepare and continuity of counsel [local code T4] up to and including November 19, 2010

/s/Edward J. Garcia                    October, 21,2010
Hon. EDWARD J. GARCIA
Judge, U.S. District Court