```
1  BENJAMIN B. WAGNER
   United States Attorney
2  SAMANTHA S. SPANGLER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2792
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  2:09-CR-161 EJG |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING STATUS CONFERENCE |
| v. ) | |
| MONIQUE JASPAR, ) | |
| Defendant. ) | |

### Stipulation

The government and defendant Monique Jaspar are still in the process of negotiating a plea agreement.  The parties have previously continued the status conference to November 19, 2010.  However, in a case before another judge involving the same prosecutor, the case has been set for trial on November 18, 2010.  Moreover, Mr. Bigelow, who is currently in trial before a different judge, has been scheduled for an oral argument in the Supreme Court of the United States in late November and needs the time on November 19 to prepare for that argument, if he is not still in trial.  Therefore, the parties, through undersigned counsel, stipulate that the status conference scheduled for November 19, 2010, may be

continued to December 10, 2010, at 10:00 a.m.

The parties further stipulate that time may be excluded from the speedy trial calculation under the Speedy Trial Act through the new status conference date of December 10, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, because the interests of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial.

Defense counsel has authorized the prosecutor to sign this stipulation on his behalf.

DATED: October 28, 2010　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　by　/s/ Samantha S. Spangler
　　　　　　　　　　　　　　　　　Samantha S. Spangler
　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

DATED: October 28, 2010　　　by　/s/ Samantha S. Spangler  for
　　　　　　　　　　　　　　　　　Michael B. Bigelow
　　　　　　　　　　　　　　　　　Counsel for Monique Jaspar

## Order

Good cause appearing, the status conference scheduled for November 19, 2010 is ordered continued to December 10, 2010, at 10:00 a.m. The Court finds that the interests of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial. Therefore, time is excluded from the speedy trial calculation under the Speedy Trial Act through the new status conference date of December 10, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.

IT IS SO ORDERED.

DATED: November 1, 2010　　　　　/s/ Edward J. Garcia
　　　　　　　　　　　　　　　　　EDWARD J. GARCIA, JUDGE
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT