BENJAMIN B. WAGNER
United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>MONIQUE JASPAR,<br><br>  Defendant. | Case No. 2:09-cr-161 EJG<br><br>STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE |

## Stipulation

The government and defendant Monique Jaspar are still in the process of negotiating a plea agreement. The parties have previously continued the status conference to December 10, 2010. The parties believe in good faith that they can complete their negotiations and present a draft plea agreement to the Court by the new status conference date, when Ms. Jaspar is expected to enter her guilty plea. Mr. Bigelow is still in trial, which complicates the plea negotiations somewhat. Therefore, the parties, through undersigned counsel, stipulate that the status conference scheduled for December 10, 2010, may be continued to February 4, 2011, at 10:00 a.m.

1

1 | The parties further stipulate that time may be excluded from
2 | the speedy trial calculation under the Speedy Trial Act for counsel
3 | preparation through the new status conference date of February 4,
4 | 2011, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4,
5 | because the interests of justice served by granting this continuance
6 | outweigh the interests of the defendant and the public in a speedy
7 | trial.

8 | Defense counsel has authorized the prosecutor to sign this
9 | stipulation on his behalf.

10 | DATED: December 6, 2010        BENJAMIN B. WAGNER
                                    United States Attorney
11 |
                                by  /s/ Samantha S. Spangler
12 |                                 Samantha S. Spangler
                                    Assistant U.S. Attorney
13 |
14 | DATED: December 6, 2010    by  /s/ Samantha S. Spangler  for
                                    Michael B. Bigelow
                                    Counsel for Monique Jaspar
15 |

16 | <u>Order</u>

17 | Good cause appearing, the status conference scheduled for
18 | December 10, 2010 is ordered continued to February 4, 2011, at 10:00
19 | a.m.  The Court finds that the interests of justice served by
20 | granting this continuance outweigh the interests of the defendant
21 | and the public in a speedy trial.  Therefore, time is excluded from
22 | the speedy trial calculation under the Speedy Trial Act through the
23 | new status conference date of February 4, 2011, pursuant to 18
24 | U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, for counsel
25 | preparation.

26 | IT IS SO ORDERED.

27 | DATED: December <u>7</u>, 2010     /s/ Edward J. Garcia
                                    EDWARD J. GARCIA, JUDGE
28 |                                 UNITED STATES DISTRICT COURT