UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM *& Order*

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

                              **RE:** Monique Nicole JASPAR
                                    Docket Number: 2:09CR00161-02
                                    **CONTINUANCE OF JUDGMENT**
                                    **AND SENTENCING**

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from April 22, 2011, to June 17, 2011, at 10:00 a.m. (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** A continuance is requested due to scheduling conflicts and complexity of restitution issues.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

                              Respectfully submitted,

                              /s/ LORI V. CLANTON
                              Senior United States Probation Officer

**REVIEWED BY:** /s/ Jeffrey C. Oestreicher
                                 Jeffrey C. Oestreicher
                                 **Supervising United States Probation Officer**

Dated:    03/28/2011
              Sacramento, California
              LVC/mc

Attachment

FILED
MAR 29 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

RE: **Monique Nicole Jaspar**
    **Docket Number:  2:09CR00161-02**
    **CONTINUANCE OF JUDGMENT AND SENTENCING**

cc:   Clerk, United States District Court
      United States Attorney's Office
      United States Marshal's Office
      Federal Defender (If defense counsel is court-appointed)
      Probation Office Calendar clerk

✓ **Approved**

_____ **Disapproved**

EDWARD J. GARCIA
Senior United States District Judge

Date: 3/29/11

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Docket Number: 2:09CR00161-02** |
| Plaintiff, | SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT |
| vs. | |
| **Monique Nicole JASPAR** | |
| Defendant. | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | 06/17/2011 @10:00 a.m. |
| Reply, or Statement of Non-Opposition: | 06/10/2011 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 06/03/2011 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 05/27/2011 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 05/20/2011 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | 05/06/2011 |