**UNITED STATES DISTRICT COURT**  **FILED**
**EASTERN DISTRICT OF CALIFORNIA**

JUN   3 2011

**MEMORANDUM**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

> **RE:  Monique Nicole JASPAR**
> **Docket Number:  2:09CR00161-02**
> <u>**CONTINUANCE OF JUDGMENT**</u>
> <u>**AND SENTENCING**</u>

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from June 17, 2011, to August 26, 2011, at 10:00 a.m. (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:**  A continuance is requested due to scheduling conflicts of defense counsel and the probation officer.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

> Respectfully submitted,

> /s/

> **LORI V. CLANTON**
> **Senior United States Probation Officer**

**REVIEWED BY:** ___/s/ T. Brown for JCO_____
**Jeffrey C. Oestreicher**
**Supervising United States Probation Officer**

Dated:     05/27/2011
Sacramento, California
LVC/mc

Attachment

Rev. 10/2009
CONTINUANCE ~ TO JUDGE (EJG).MRG

**RE:** **Monique Nicole JASPAR**
**Docket Number:  2:09CR00161-02**
**CONTINUANCE OF JUDGMENT AND SENTENCING**

cc:     Clerk, United States District Court
        United States Attorney's Office
        United States Marshal's Office
        Federal Defender (If defense counsel is court-appointed)
        Probation Office Calendar clerk

☑ **Approved**                                                    **6/ 3/11**

        **EDWARD J. GARCIA**
        **Senior United States District Judge**          **Date**

____ **Disapproved**

2

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA**

**Docket Number:  2:09CR00161-02**

**Plaintiff,**

**vs.**

**Monique Nicole JASPAR,**

**Defendant.**

_____/

**SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT**

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | 08/26/2011 @10:00 a.m. |
| Reply, or Statement of Non-Opposition: | 08/19/2011 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 08/12/2011 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 08/05/2011 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 07/29/2011 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | 07/15/2011 |

Rev. 10/2009
CONTINUANCE ~ TO JUDGE (EJG).MRG