MICHAEL B. BIGELOW
Attorney at Law
State Bar No. 65211
331 J Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 443-0217
Email:LawOffice.mbigelow@gmail.com

Attorney for Defendant
Monique Jaspar

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>MONIQUE JASPAR<br><br>  Defendant | Case No. Cr.S-09-161 EJG<br><br>REQUEST FOR RECOMMENDATION FOR LOCATION; (~~PROPOSED~~) ORDER |

On August 26, 2011 the above named defendant was sentenced to five months imprisonment. She is presently scheduled to self-surrender to FCI Victorville Medium II on June 15, 2012.

Ms. Jaspar has recently contacted me and asked that this Court recommend she be incarcerated at FCI Dublin minimum security satellite camp in order that her daughter will be able to visit her.

DATED May 1, 2012        Respectfully submitted,

/S/ MICHAEL B. BIGELOW, Esq.
Michael B. Bigelow

-1-

**IT IS SO ORDERED**

Dated: May 1 , 2012

_____
Hon. EDWARD J. GARCIA
United States District Court Judge.

-2-